**Geoffrey R. AKERS, Dr., P.E.–, Plaintiff—Appellant,**

v.

**Carlos GUTIERREZ, Secretary of Commerce; Patricia Boylan, Director–OCR/US Patent Office, Defendants—Appellees.**

No. 09–1028.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 3, 2009.

Geoffrey R. Akers, Appellant Pro Se. Dennis Carl Barghaan, Jr., Monika L. Moore, Catherine DeRoever Wood, Assistant United States Attorneys, Alexandria, Virginia, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Geoffrey R. Akers appeals the district court's order granting summary judgment in favor of the defendants in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Akers v.* *Gutierrez,* No. 1:07–cv–01000–CMH–TCB (E.D. Va. filed July 30, 2008 & entered Aug. 1, 2008). We deny Akers' motion for a copy of the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*